

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2014

No. 04-14-00379-CV

**IN THE INTEREST OF A.L.G AND E.B.G**., Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05217
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Sitting:  Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice

Appellant is represented on appeal by Mr. Beauregard Fiegel. Appellant's brief was originally due on August 11, 2014, and Mr. Fiegel has been granted two previous extensions, the latest until October 10, 2014. On October 13, 2014, Mr. Fiegel filed a motion requesting an extension of time in which to file the brief. Mr. Fiegel also filed the brief; however, the brief does not comply with the Texas Rules of Appellate Procedure because it does not provide appropriate citations to the record. *See* TEX. R. APP. P. 38.1(d), (g), (i). Further, to the extent appellant's appendix contains documents that are not part of the clerk's record, this court will not consider those documents. Mr. Fiegel is referred to Texas Rule of Appellate Procedure 38.1(k) for guidance on what to include in an appendix.

Substantial compliance with Rule 38 is sufficient. TEX. R. APP. P. 38.9. However, if Rule 38 has been flagrantly violated, this court may require a brief to be amended, supplemented, or redrawn. TEX. R. APP. P. 38.9(a). If another noncomplying brief is filed, the court may strike the brief, prohibit the party from filing another, and proceed as if the party had failed to file a brief. *Id.* If an appellant fails to timely file a brief, the appellate court may dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

We GRANT the motion requesting an extension of time. However, because appellant's brief does not comply with Rule 38.1, Mr. Fiegel is hereby ORDERED to file an amended brief that complies with these rules <u>no later than November 3, 2014.</u> If Mr. Fiegel fails to file, by November 3, 3014, an amended brief that fully complies with the Texas Rules of Appellate Procedure, this appeal will be dismissed for want of prosecution.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

